IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAMONT ANDRE WILLIAMS                                                      PLAINTIFF

v.                            CASE NO. 4:17-CV-04093

OFFICER SHUMAKER, *et al*.                                              DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed January 23, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 42. Judge Bryant recommends that Plaintiff's Motion for Injunction (ECF No. 12) and Motion for Temporary Relief (ECF No. 13) be denied. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion for Injunction (ECF No. 12) and Motion for Temporary Relief (ECF No. 13) are **DENIED**.

**IT IS SO ORDERED**, this 14th day of February, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge